**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

KELVIN A.G.G.,

                         Petitioner,

                                             Civil No. 26-3231 (JRT/LIB)

v.

KANDIYOHI JAIL ADMINISTRATOR;

PETER BERG, *Director, St. Paul Field Office Immigration and Customs Enforcement*;

                                             **ORDER**

MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*; and

TODD BLANCHE, *Attorney General of the United States*;

                         Respondents.

---

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1.     Petitioner's Motion for Order to Show Cause (Docket No. [2]) is **GRANTED IN PART**.

2.     Respondents are **ENJOINED** from removing, transferring, or otherwise facilitating the removal of Petitioner from the District of Minnesota until the Court issues an order on the pending Petition for Writ of Habeas Corpus (Docket No. [1]).

a.  Respondents may request permission from the Court to move Petitioner if unforeseen or emergency circumstances arise which require Petitioner to be removed from the District.  Any such request must include an explanation for the request as well as a proposed destination. The Court will then determine whether to grant the request and permit transfer of Petitioner.

b.  If Petitioner has already been removed from Minnesota, Respondents are **ORDERED** to immediately return Petitioner to Minnesota.

3.  Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner by **no later than 5:00 p.m. on July 15, 2026**, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

4.  Respondents' answer must include:

a.  Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

b.  A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims; and

c.  Respondents' recommendation on whether an evidentiary hearing should be conducted;

5.      If Petitioner intends to file a reply to Respondents' answer, they must do so by **no later than 5:00 p.m. on July 20, 2026**.   Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

6.      Petitioner's Motion for Temporary Restraining Order (Docket No. [3]) is **GRANTED IN PART**, in that Respondents are enjoined from removing Petitioner from this District and **DENIED IN PART** to the extent that Petitioner seeks immediate release.

DATED: July 10, 2026
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge